FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 SEP -6 PM 4: 30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12CB3006 |
| | ) | VIOLATION NO. W 0909928 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TYRELL MAKESGOOD, | ) | MOTION AND ORDER TO |
| | ) | REDUCE FINE |
| Defendant. | ) | |

Comes now, the undersigned, after consultation with Federal Wildlife Officer Brett Bowser, the government moves this Court for an order reducing the fine to $250.00.

Respectfully Submitted,

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: _____
ALAN L. EVERETT #15387
Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED this 6th day of September, 2012.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge