IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYRELL MAKESGOOD,<br><br>    Defendant. | 4:12CB3006<br><br>**ORDER** |

Regarding the citation issued to Defendant on July 16, 2012, (a copy of which is attached), on September 6, 2012, the court granted the government's motion to reduce the fine to $250.00 (order attached). Defendant was given until November 1, 2012 to pay the fine. To date, no payment has been received from the defendant. Accordingly,

  IT IS ORDERED:

  1)  Defendant is ordered to appear at 1:30 p.m. on April 6, 2017 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to show cause why a warrant should not be issued for the defendant's arrest for failure to pay the violation.

  2)  If defendant chooses to pay the violation in full in lieu of an appearance, he may do so by contacting the Central Violations Bureau at 1-800-827-2982 for the current balance and payment instructions. Payment information may also be found on their website at www.cvb@uscourts.gov.

  3)  Defendant, defense counsel (if any), and counsel for the government shall attend the hearing.

4) The government shall serve this order on Defendant and shall file a certificate of service identifying the manner and date of such service.

February 28, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

## U.S. Fish and Wildlife Service
## United States District Court
## Violation Notice

CVB Location Code: NE17

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W 0909928 | Bowser | 6187 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 7/16/2012 5:46 pm
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 50 CFR 27.82b2
Place of Offense: Fort Niobrara NWR
Offense Description: Possession of a controlled substance

**DEFENDANT INFORMATION** Phone: (605) 856-5167

Last Name: Makes Good
First Name: Tyrell
M.I.:
Street Address: PO Box 1528   1348 W Hwy 18
City: Mission
State: SD
Zip Code:
Date of Birth: 11/18/1981
Drivers License No.: None
D.L. State: —
Social Security No.: 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
☒ Adult ☐ Juvenile  Sex: ☐ Male ☐ Female
Hair: BRO  Eyes: BRO  Height: 5'11"  Weight: 178

**VEHICLE DESCRIPTION** VIN:

Tag No.: 67B-690
State: SD
Year: 61
Make/Model: Chevy Kent
Color: Tan

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 500 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 525 Total Collateral Due

YOUR COURT DATE
Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

X Defendant Signature: [signed]

FWS Form 3-219, Rev. 7/05
Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attachment

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/17/2012   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

NE17

Notice of Violation W0909928
STATEMENT OF PROBABLE CAUSE
(For issuance of a warrant or summons)

I state that on July 16, 20121 while exercising my duties as a law enforcement officer in the judicial district of Nebraska

At approximately 5:11 pm, while on patrol of Ft Niobrara National Wildlife Refuge, while walking the Fort Falls trail Federal Wildlife Officer(FWO) Bowser observed three individuals walking towards him. As one member of the group passed FWO Bowser detected the strong smell of marijuana. FWO Bowser stopped and identified him as Tyrell MAKES GOOD. FWO Bowser told MAKES GOOD that he could smell the marijuana. FWO Bowser asked him to give him the marijuana. MAKES GOOD pulled one marijuana joint from the elastic band on the top of his shorts. FWO Bowser seized the joint.

FWO Bowser issued a Violation Notice for violation of 50 CFR 27.82(b)(2)-possession of a controlled substance.

The foregoing statement is based on:

XX my personal observation         XX my personal investigation

   Information supplied to me from my fellow officer's observation

   Other (explain above)

I declare that under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/17/2012__   _____
            Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:_____
            Date (mm/dd/yyyy)        U.S. Magistrate Judge

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2012 SEP -6 PM 4: 30

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:12CB3006 |
|---|---|---|
| | ) | VIOLATION NO. W 0909928 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TYRELL MAKESGOOD, | ) | MOTION AND ORDER TO |
| | ) | REDUCE FINE |
| Defendant. | ) | |

Comes now, the undersigned, after consultation with Federal Wildlife Officer Brett Bowser, the government moves this Court for an order reducing the fine to $250.00.

Respectfully Submitted,

UNITED STATES OF AMERICA

By: DEBORAH R. GILG
United States Attorney
District of Nebraska

And: _____
ALAN L. EVERETT #15387
Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED this 6th day of September, 2012.

BY THE COURT:

_____
CHERYL R. ZWART
United States Magistrate Judge