IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12CB3006 |
| vs. | |
| TYRELL MAKES GOOD, | ORDER |
| Defendant. | |

Upon motion of the government, the Defendant is given until October 1, 2017 to pay the fine of $190.00. If payment is not made in full by October 1, 2017, Defendant is ordered to appear at 8:30 a.m. on October 5, 2017 to show cause why a bench warrant should not be issued for Defendant's arrest for failure to pay the violation.

IT IS SO ORDERED this 7th day of September, 2017.

_____
CHERYL R. ZWART
United States Magistrate Judge